FILED
2008 MAR -4 AM 10:56

KNH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0611 JM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| SERGIO ANGEL DIAZ (1), ) JASMINE MARIE AYALA (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about February 16, 2008, within the Southern District of California, defendants SERGIO ANGEL DIAZ and JASMINE MARIE AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adolfo Vargas-Gutierrez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

CJB:em(1):Imperial
3/3/08

Count 2

On or about February 16, 2008, within the Southern District of California, defendants SERGIO ANGEL DIAZ and JASMINE MARIE AYALA, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Jesus Antonio Villanueva-Gutierrez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about February 16, 2008, within the Southern District of California, defendants SERGIO ANGEL DIAZ and JASMINE MARIE AYALA, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Jose Luis Estrada-Vasquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2