MARILYN B. GUNNER, ESQ. SB# 149540
P.O. Box 605
La Mesa, Ca.  91944-0605
Telephone:  (619) 461-8716
Fax:        (619) 461-6795

Attorney for Material Witnesses

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No: 08cr0611 JM |
|                                   ) | Mag. No: 08mj8148 PCL |
|            PLAINTIFF,             ) | |
|     V.                            ) | |
|                                   ) | |
| SERGIO ANGEL DIAZ (1),            ) | |
| JASMINE MARIE AYALA (2),          ) | PROOF OF SERVICE |
|                                   ) | |
|            DEFENDANTS.            ) | |

   1.   I am a citizen of the United States and a resident of the County of San Diego; I am over the age of eighteen years and not a party to the entitled action; my business address is P. O. Box 605, La Mesa, California 91944.

   2.   On  March 16, 2008, I served the document(s) described below as:

        MOTION FOR VIDEOTAPE DEPOSITION, W/ATTACHED POINTS AND AUTHORITIES,

   BY ELECTRONIC FILING TO:

    All parties named in the Docket for service via ECF; Brian J.White:  brianjwhite@sbcglobal.net,  Shaun  Khojayan: shaun@khojayan.com   US  ATTORNEY  CR  efile.dkt.gc2@usdoj.gov; Alessandra P. Serano: Alessandra.P.Serano@usdoj.gov

and the proposed Order for Videotape Deposition  by E-mail to those same parties.


   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed March 16, 2008, San Diego, California.


                                   S/Marilyn B. Gunner
                                   Attorney for Material Witnesses
                                   E-Mail: mgunner@cox.net