```
MARILYN B. GUNNER, ESQ. SB# 149540
P.O. Box 605
La Mesa, Ca.  91944-0605
Telephone:  (619) 461-8716
Fax:        (619) 461-6795

Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No: 08cr0611 JM |
|                            ) | Mag. No: 08mj8148 PCL |
|            PLAINTIFF,      ) | |
|     V.                     ) | |
|                            ) | |
| SERGIO ANGEL DIAZ (1),     ) | |
| JASMINE MARIE AYALA (2),   ) | PROOF OF SERVICE |
|                            ) | |
|            DEFENDANTS.     ) | |

   1.   I am a citizen of the United States and a resident of the County of San Diego; I am over the age of eighteen years and not a party to the entitled action; my business address is P. O. Box 605, La Mesa, California 91944.

   2.   On  March 18, 2008, I served the document(s) described below as:

      REVISED MOTION FOR VIDEOTAPE DEPOSITION, W/ATTACHED POINTS AND AUTHORITIES,

   BY ELECTRONIC FILING TO:

   All parties named in the Docket for service via ECF; Brian J.White:  brianjwhite@sbcglobal.net, Shaun Khojayan: shaun@khojayan.com  US ATTORNEY CR  efile.dkt.gc2@usdoj.gov; Alessandra P. Serano: Alessandra.P.Serano@usdoj.gov

and the Revised proposed Order for Videotape Deposition  by E-mail to those same parties.


   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed March 18, 2008, San Diego, California.

                                    S/Marilyn B. Gunner
                                    Attorney for Material Witnesses
                                    E-Mail: mgunner@cox.net