1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for Defendant,
5  SERGIO ANGEL DIAZ

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                      (HON. JEFFREY T. MILLER)
11

12
   UNITED STATES OF AMERICA,            ) Case No. 08 CR 0611
13                                      )
              Plaintiff,                ) NOTICE OF MOTIONS AND
14                                      ) MOTIONS TO:
       vs.                              )
15                                      ) 1) COMPEL DISCOVERY; AND
   SERGIO ANGEL DIAZ,                   ) 2) LEAVE TO FILE FURTHER
16                                      )    MOTIONS
              Defendant.                )
17                                      ) Date:  April 4, 2008
                                        ) Time:  11:00 a.m.
18 _____)

19     TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO ALESSANDRA

20 SERANO, ASSISTANT UNITED STATES ATTORNEY:

21     PLEASE TAKE NOTICE that on April 4, 2008, at 11:00 a.m., or as soon thereafter as

22 counsel may be heard, the defendant, Sergio Diaz, by and through his counsel, Brian J. White, will

23 ask this Court to enter an order granting the motions listed below.

24 //

25 //

26 //

27 //

28 //

**MOTIONS**

Defendant, Sergio Diaz, by and through his attorney, Brian J. White, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) compel discovery; and

2) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: March 18, 2008
/s/ Brian J. White
BRIAN J. WHITE Attorney for
Defendant SERGIO ANGEL DIAZ