UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> V<br><br>SERGIO ANGEL DIAZ (1),<br>JASMINE MARIE AYALA(2),<br><br>  Defendants. | Case No.: 08CR0611JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing in this matter scheduled for April 4, 2008 at 11:00 a.m. is continued to April 25, 2008 at 11:00 a.m.

Dated: March 20, 2008

_____
HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

1.

08CR0611JM