1  BRIAN J. WHITE Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for Defendant,
5  SERGIO ANGEL DIAZ

6

7

8               UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10               (HON. JEFFREY T. MILLER )
11

12  UNITED STATES OF AMERICA,    )   Case No. 08 CR 0611
13          Plaintiff,           )
                                 )   DECLARATION OF SERGIO
14     vs.                       )   ANGEL DIAZ IN SUPPORT OF
                                 )   MOTION TO SUPPRESS
15  SERGIO ANGEL DIAZ,           )   STATEMENT
                                 )
16          Defendant.           )
                                 )
17                               )
                                 )
18  _____)

19

20     I, Sergio Diaz, declare as follows:

21     1. I am a defendant in the above captioned matter. I have personal knowledge of the

22  following facts and if called upon to testify could and would competently and truthfully testify

23  thereto.

24     2. On February 16, 2008 at approximately 8:10 p.m., I approached the border patrol

25  checkpoint on Interstate 8. While stopped, I was contacted by a border agent who questioned me.

26  I was then sent to the secondary inspection unit where I was questioned further about the trailer I was

27  towing and my ability to open the trailer. I informed agents I did not have a key for the lock on the

28  trailer and they could open it by any means necessary.

---

Declaration                                              Page 1 of 2

3. I was then placed in handcuffs and placed in a vehicle. I was very nervous to be placed in this unfamiliar situation.

4. I was transported to the Calexico, California, Border Patrol Station, where I was placed in a holding cell. I was not offered any food or water during the time I was handcuffed or while I waited in the holding cell.

5. It was not until several hours later at 12:37 a.m., that I was taken to a room and questioned by an agent. I felt tired and exhausted at that time of night because I had only had two hours of sleep the night before and had been in the sun all day. I was nervous and even more tired after waiting in the holding cell and felt compelled to answer the questions being asked of me in order to avoid further detention.

5. I felt intimidated and confused when I was questioned. The presence of the agents in the office with me and the fact that they were accusing me of a crime caused me to be very confused and intimidated. The fact that all the windows in the room had been covered with cardboard intimidated me because I was in a room where no one could see what was happening to me. Under that pressure, I agreed to answer their questions. I felt pressured, coerced, and manipulated into speaking with the agents and certainly did not do so of my own free will.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 24st day of March, 2008, at San Diego, California.

_____
SERGIO ANGEL DIAZ