

1  MARILYN B. GUNNER--CA ST. BAR NO. 149540
   Attorney At Law
2  P.O. Box 605
   La Mesa, CA 91944
3  Telephone: 619-461-8716

4  Attorney for the Material Witness(es)

FILED
APR 17 2008
CLERK
SOUTHERN ... CALIFORNIA
BY  MC  DEPUTY

**United States District Court**

**Southern District of California**

(Hon. Barbara L. Major)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ANGEL DIAZ,<br><br>Defendant. | Criminal Case No. 08CR0611JM<br><br>**Stipulation And Order For The Release Of The Material Witnesses** |

**Stipulation**

Adolfo Vargas-Gutierrez and Jose Luis Estrada-Vasquez are being detained as material witnesses pursuant to 18 U.S.C. 3144, and the parties agree their further detention is unnecessary following the guilty plea of Defendant Sergio Angel Diaz, and it would not cause a failure of justice to release these material witnesses at this time, accordingly:

**It is Stipulated** by and between Plaintiff United States of America, through its counsel, United States Attorney Karen P. Hewitt and Assistant United States Attorney Alessandra P. Serano, and Defendant Sergio Angel Diaz through his counsel, Attorney Brian J. White, and material

- 1 -

1  witnesses Adolfo Vargas-Gutierrez and Jose Luis Estrada-Vasquez through their counsel, Attorney
2  Marilyn Gunner, that material witnesses Adolfo Vargas-Gutierrez and Jose Luis Estrada-Vasquez can
3  be released immediately from custody of the United States Marshal.

**So Stipulated And Agreed.**

7  Dated: 4/17/08

Ned Lynch, specially appearing for Marilyn Gunner,
attorney for the Material Witnesses

9  Dated: 4-17-08

Karen P. Hewitt, United States Attorney

By: _____
Alessandra P. Serano, Assistant U.S. Attorney

13  Dated: 4/17/08

Brian J. White, attorney for
Defendant Sergio Angel Diaz

**Order**

18  **It Is Ordered** the U.S. Marshal shall immediately release material witnesses Adolfo Vargas-Gutierrez and Jose Luis Estrada-Vasquez from custody. to the Dept of Homeland Security.

21  Dated: 4/17/08

United States Magistrate Judge