2008-07-24 10:06 FROM LAW OFFICE OF BRIAN J. WHITE AGFS-2006 TURLOCK (209)669-7871 (WED) JUL 23 2008 11:31/ST.11:00/No. 7500000906 P 2/2

Case 3:08-cr-00611-JM Document 529 Filed 07/24/2008 Page 1 of 1

BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023

Attorney for SERGIO DIAZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08 CR 00611-JM |
| Plaintiff, | |
| vs. | ACKNOWLEDGMENT OF SENTENCING DATE |
| SERGIO DIAZ, | |
| Defendant. | |

I, Sergio Diaz, the Defendant in the above caption matter, hereby acknowledge that my sentencing date initially scheduled for July 25, 2008 has now been rescheduled to September 19, 2008 at 9:00 a.m. I further acknowledge that my personal presence is required at that hearing.

Date: July 23, 2008

_[signature]_
SERGIO DIAZ

Acknowledgment of Sentencing Date